UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVALOS, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00706-KES-SKO<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED *EX PARTE* APPLICATION FOR AN INITIAL 60-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE**<br><br>**(Doc. 55)** |

For good cause shown and in accordance with Local Rule 144(c) and Paragraph III of the Court's Standing Order in Civil Cases, Defendants' Unopposed *Ex Parte* Application for an Initial 60-Day Extension (Doc. 55) is hereby **GRANTED.** Defendants' deadline to file a response to the Complaint is hereby extended up to and including October 10, 2025.

In view of the foregoing, the Initial Scheduling Conference currently set for September 18, 2025, is **CONTINUED** to November 25, 2025, at 9:30 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report by no later than seven (7) days before the Conference.

IT IS SO ORDERED.

Dated:   **August 6, 2025**              */s/ Sheila K. Oberto*
                                  UNITED STATES MAGISTRATE JUDGE