UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVALOS, individually and on behalf of all others similarly situated, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, et al.,<br><br>Defendants. | CASE NO. 1:25-cv-00706-KES-SKO<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF AND REQUEST FOR PERMISSION TO FILE AN OVERSIZE BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Doc. 76 |

For good cause shown, the Motion for Administrative Relief and Request for Permission to File an Oversize Brief in Support of Defendants' Motion to Dismiss filed by Defendants Kevin Kruse, The Kruse Western, Inc. Board of Directors, Tony Correia, Kruse Investment Company, Inc., Tony F. & Mary A. Correia Revocable Family Trust, 2007 Knudsen Family Trust, Kruse Family Trust, Kruse Western, Inc., and Kruse Western Enterprises, LLC (the "HK Defendants") is hereby **GRANTED**.

The HK Defendants are hereby permitted to file a memorandum of points and authorities in support of their motion to dismiss that is up to 30 pages long.

IT IS SO ORDERED.

Dated:   October 7, 2025

_____
UNITED STATES DISTRICT JUDGE

---

**ORDER GRANTING PERMISSION TO FILE OVERSIZE BRIEF**