THEODORE M. BECKER (*pro hac vice*)
tbecker@mwe.com
BRANDON ROKER (Cal. Bar. No. 205292)
broker@mwe.com
JULIAN L. ANDRÉ (Cal. Bar. No. 251120)
jandre@mwe.com
**MCDERMOTT WILL & SCHULTE LLP**
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

Attorneys for Defendants
ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, MARK LA BOUNTY, RONALD KRUSE, THE JEFFREY & KAREN FONTANELLA TRUST, LA BOUNTY FAMILY TRUST, RONALD O. KRUSE FAMILY TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED & SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH & DEBRA GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, THE MONTE AND SUSAN MELLO TRUST, LARRY LEITNER, HAL REED, AND BOB REEVES

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DAVALOS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY et al.,<br><br>Defendants. | Case No. 1:25-cv-00706-KES-SKO<br><br>**ORDER GRANTING MCDERMOTT DEFENDANTS' UNOPPOSED MOTION FOR ADMINISTRATIVE RELIEF AND REQUEST FOR PERMISSION TO FILE AN OVERSIZE BRIEF IN SUPPORT OF THE MCDERMOTT DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**<br><br>Doc. 75 |

For good cause shown, the motion for administrative relief and permission to file an oversize brief of up to 30 pages filed by defendants Robert Berczynski, Aubrey Michael, Chad Pinter, Mark La Bounty, Ronald Kruse, The Jeffrey & Karen Fontanella Trust, La Bounty Family Trust, Ronald O. Kruse Family Trust, Jordyn Kruse, Ryan Kruse, The Douglas T. Kruse Trust, The

Davis Family Trust, SECAP, The Kruse Feed & Supply, Inc. Profit Sharing Plan, The Lambert Family Revocable Trust, Warren Hutchings, Doreen Hutchings, Sidney Earp, Richard Earp, Mark Krebsbach, Nickie Krebsbach, The Joseph & Debra Guenley Revocable Living Trust, The Holdsworth Family Revocable Trust, Daniel J. Martin, The Monte and Susan Mello Trust, Larry Leitner, Hal Reed, and Bob Reeves (collectively, the "McDermott Defendants") is hereby **GRANTED**.

IT IS SO ORDERED.

Dated:  October 7, 2025

_____
UNITED STATES DISTRICT JUDGE