Daniel Feinberg (SBN No. 135983)
Nina Wasow (SBN No. 242047)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
nina@feinbergjackson.com

Michelle C. Yau (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699
myau@cohenmilstein.com

Kai Richter (*pro hac vice*)
Jacob Schutz (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
400 South Fourth Street #401-27
Minneapolis, MN 55415
Tel. (612) 807-1575
Fax (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com

*Counsel for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE DAVALOS, JOE PEDRO, and STEVE CELENTANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GREATBANC TRUST COMPANY, THE KRUSE WESTERN BOARD OF DIRECTORS, KEVIN KRUSE, THE KRUSE FAMILY | Case No. 1:25−CV−00706−KES-SKO<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE FOR MOTIONS TO DISMISS** |

TRUST, TONY CORREIA, THE TONY F. AND MARY A. CORREIA REVOCABLE FAMILY TRUST, ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, RONALD KRUSE, THE RONALD O. KRUSE FAMILY TRUST, LARRY LEITNER, HAL REED, MARK LA BOUNTY, THE LA BOUNTY FAMILY TRUST, BOB REEVES, KRUSE INVESTMENT COMPANY, INC., THE 2007 KNUDSEN FAMILY TRUST, THE JEFFREY AND KAREN FONTANELLA TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED AND SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH M. AND DEBRA L. GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, THE MONTE AND SUSAN MELLO TRUST, KRUSE WESTERN, INC., and KRUSE WESTERN ENTERPRISES, LLC,

                Defendants.

1. WHEREAS, Plaintiffs filed the Complaint in the above-captioned case on June 9, 2025 (ECF No. 1), and the First Amended Complaint on September 17, 2025 (ECF No. 73); and

2. WHEREAS, Defendants filed an ex parte motion on August 6, 2025 requesting an extension to respond to October 10, 2025 (ECF No. 55), which the Court granted (ECF No. 58); and

3. WHEREAS, all Defendants have filed Motions to Dismiss and two sets of Defendants have been granted permission to file overlength briefs in support of their Motions (ECF Nos. 77-82); and

4. WHEREAS, the Parties have not previously sought any extensions of time to file oppositions or replies on the Motions to Dismiss;

It is hereby stipulated and requested as follows:

Given the volume of briefing and deadlines in other cases, Plaintiffs request until December 16, 2025 to file oppositions to Defendants' Motions to Dismiss. Defendants request until January 16, 2025 to file replies in support of their Motions.

DATED: October 13, 2025                     Respectfully Submitted,

By: ___/s/ Nina Wasow_____
    Daniel Feinberg (SBN No. 135983)
    Nina Wasow (SBN No. 242047)
    FEINBERG, JACKSON, WORTHMAN & WASOW, LLP
    2030 Addison Street, Suite 500
    Berkeley, CA 94704
    Tel. (510) 269-7998
    Fax (510) 269-7994
    dan@feinbergjackson.com
    nina@feinbergjackson.com

    Michelle C. Yau (*pro hac vice*)
    COHEN MILSTEIN SELLERS & TOLL PLLC
    1100 New York Ave. NW, Suite 500
    Washington, DC 20005
    Tel. (202) 408-4600
    Fax (202) 408-4699
    myau@cohenmilstein.com

Kai Richter (*pro hac vice*)
Jacob Schutz (*pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
400 South Fourth Street #401-27
Minneapolis, MN 55415
Tel. (612) 807-1575
Fax (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com

*Counsel for Plaintiff and the Proposed Class*


By:     __/s/ Chelsea AshbrookMcCarthy_____
Chelsea Ashbrook McCarthy (Pro Hac Vice)
HOLLAND & KNIGHT, LLP
150 North Riverside Plaza, Suite 2700
Chicago, IL 60606
Telephone: (312) 263-3600
Facsimile: (312) 578-6666

Lynn Estes Calkins (Pro Hac Vice)
HOLLAND & KNIGHT, LLP
800 17th Street N.W., Suite 1100
Washington, D.C. 20006
Telephone: (202) 457-7041
Facsimile: (202) 955-5564

Howard A. Sagaser, State Bar No. 72492
Ian B. Wieland, State Bar No. 285721
David G. Litman, State Bar No. 285768
SAGASER, WATKINS & WIELAND, PC
5260 North Palm Avenue, Suite 400
Fresno, California 93704
Telephone: (559) 421-7000
Facsimile: (559) 473-1483

*Attorneys for Defendants Kevin Kruse, The Kruse Western, Inc. Board of Directors, Tony Correia, Kruse Investment Company, Inc., Tony F. & Mary A. Correia Revocable Family Trust, 2007 Knudsen Family Trust, Kruse Family Trust, Kruse Western, Inc., and Kruse Western Enterprises, LLC*

By:     __/s/ Julian L. André_____
THEODORE M. BECKER (pro hac vice)
tbecker@mwe.com
JULIAN L. ANDRÉ (Cal. Bar. No. 251120)
jandre@mwe.com

NO. 1:25-cv-00706-KES-SKO                2

BRANDON ROKER (Cal. Bar. No. 205292)
broker@mwe.com
MCDERMOTT WILL & SCHULTE LLP
2049 Century Park East
Suite 3200
Los Angeles, CA  90067-3206
Telephone: +1 310 277 4110
Facsimile: +1 310 277 4730

*Attorneys for Defendants ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, MARK LA BOUNTY, RONALD KRUSE, THE JEFFREY & KAREN FONTANELLA TRUST, LA BOUNTY FAMILY TRUST, RONALD O. KRUSE FAMILY TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED & SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH & DEBRA GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, THE MONTE AND SUSAN MELLO TRUST, LARRY LEITNER, HAL REED, AND BOB REEVES*

By:   */s/ Andrew D. Salek-Raham*_____
Lars Golumbic (pro hac vice)
Andrew D. Salek-Raham (pro hac vice)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., N.W.
Suite 1200
Washington, D.C. 20006
Phone: (202) 861-5408
lgolumbic@groom.com
asalek-raham@groom.com

Natasha S. Fedder (SBN 325919)
Stephen A. Cazares (SBN 201864)
FOUNDATION LAW GROUP LLP
4100 W. Alameda Ave., 3rd Floor
Burbank, CA 91505
Phone: (610) 246-3623
natasha@foundationlaw.com
scazares@foundationlaw.com

*Attorneys for Defendant GreatBanc Trust Co.*

NO. 1:25-cv-00706-KES-SKO        3

**ORDER**

Pursuant to the stipulation of the Parties, Plaintiffs' Oppositions to Defendants' Motions to Dismiss shall be filed on or before December 16, 2025. Defendants' Replies shall be filed on or before January 16, 2026.

IT IS SO ORDERED.

Dated: October 15, 2025

_____
UNITED STATES DISTRICT JUDGE