1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE DAVALOS, JOE PEDRO, and              No.  1:25-cv-00706-KES-SKO
      STEVE CELENTANO, individually and on
12    behalf of all others similarly situated,

13                    Plaintiffs,              ORDER GRANTING IN PART
                                              PLAINTIFFS' MOTION FOR
14            v.                              ADMINISTRATIVE RELIEF

15    GREATBANC TRUST COMPANY, et al.,         Doc. 86

16                    Defendants.

17

18          On September 17, 2025, plaintiffs Jose Davalos, Joe Pedro, and Steve Celentano filed a

19    first amended complaint.  Doc. 73.  On October 6, 2025, defendants Robert Berczynski, Aubrey

20    Michael, Chad Pinter, Mark La Bounty, Ronald Kruse, The Jeffrey & Karen Fontanella Trust, La

21    Bounty Family Trust, Ronald O. Kruse Family Trust, Jordyn Kruse, Ryan Kruse, The Douglas T.

22    Kruse Trust, The Davis Family Trust, SECAP, The Kruse Feed & Supply, Inc. Profit Sharing

23    Plan, The Lambert Family Revocable Trust, Warren Hutchings, Doreen Hutchings, Sidney Earp,

24    Richard Earp, Mark Krebsbach, Nickie Krebsbach, The Joseph & Debra Guenley Revocable

25    Living Trust, The Holdsworth Family Revocable Trust, Daniel J. Martin, The Monte and Susan

26    Mello Trust, Larry Leitner, Hal Reed, and Bob Reeves (collectively, the "McDermott

27    defendants"), filed an unopposed motion for administrative relief requesting permission to file an

28    oversize brief of up to 30 pages in support of their consolidated motion to dismiss the first

1  amended complaint. Doc. 75. On October 7, 2025, defendants Kevin Kruse, The Kruse Western,

2  Inc. Board of Directors, Tony Correia, Kruse Investment Company, Inc., Tony F. & Mary A.

3  Correia Revocable Family Trust, 2007 Knudsen Family Trust, Kruse Family Trust, Kruse

4  Western, Inc., and Kruse Western Enterprises, LLC (collectively, the "HK defendants"), filed an

5  unopposed motion for administrative relief requesting permission to file an oversize brief of up to

6  30 pages in support of their forthcoming consolidated motion to dismiss the first amended

7  complaint. Doc. 76. The motions were granted on October 7, 2025. Docs. 77, 78.

8      On October 10, 2025, the McDermott defendants, the HK defendants, and defendant

9  GreatBanc Trust Company filed motions to dismiss. Docs. 79, 80, 82. Plaintiffs' oppositions to

10  defendants' motions to dismiss are due on December 16, 2025. Doc. 84. On November 8, 2025,

11  plaintiffs filed a motion for administrative relief seeking permission to file one consolidated

12  opposition brief of up to 65 pages responding to the motions to dismiss. Doc. 86. Plaintiffs

13  contend that the requested relief would eliminate redundancies inherent in filing three separate

14  oppositions and would reduce the total briefing by ten pages compared to what the current page

15  limits allow. *Id.* at 3–4.

16      Defendants filed a joint response to plaintiffs' motion for administrative relief on

17  November 13, 2025. Doc. 87. They do not oppose plaintiffs' request to file a single consolidated

18  opposition to the three motions to dismiss, but they oppose plaintiffs' request for a 65-page brief

19  and instead propose that plaintiffs' opposition be limited to 50 pages. *Id.* at 2. According to

20  defendants, the motions to dismiss raise many of the same core arguments and a consolidated

21  brief would already eliminate redundant sections and conserve significant space, making

22  additional pages unnecessary. *Id.*

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    Having considered the parties' submissions, the Court agrees that a consolidated

2  opposition will promote efficiency and avoid duplicative briefing but finds that a 60-page limit is

3  sufficient to allow plaintiffs to present their arguments.  Accordingly, plaintiffs' motion for

4  administrative relief to file a consolidated opposition is granted in part.  Plaintiffs may file a

5  consolidated opposition brief not to exceed 60 pages.

6

7  IT IS SO ORDERED.

8    Dated:   November 17, 2025  

9                                              UNITED STATES DISTRICT JUDGE

3