Daniel Feinberg (SBN No. 135983)
Nina Wasow (SBN No. 242047)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
nina@feinbergjackson.com

Michelle C. Yau (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699
myau@cohenmilstein.com

Kai Richter (admitted *pro hac vice*)
Jacob Schutz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
400 South Fourth Street #401-27
Minneapolis, MN 55415
Tel. (612) 807-1575
Fax (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVALOS, JOE PEDRO, and STEVE CELENTANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, THE KRUSE WESTERN BOARD OF DIRECTORS, KEVIN KRUSE, THE KRUSE FAMILY TRUST, TONY CORREIA, THE TONY F. AND | Case No. 1:25-cv-00706-KES-SKO<br><br>**PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR ADMINISTRATIVE RELIEF** |

MARY A. CORREIA REVOCABLE FAMILY TRUST, ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, RONALD KRUSE, THE RONALD O. KRUSE FAMILY TRUST, LARRY LEITNER, HAL REED, MARK LA BOUNTY, THE LA BOUNTY FAMILY TRUST, BOB REEVES, KRUSE INVESTMENT COMPANY, INC., THE 2007 KNUDSEN FAMILY TRUST, THE JEFFREY AND KAREN FONTANELLA TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED AND SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH M. AND DEBRA L. GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, THE MONTE AND SUSAN MELLO TRUST, KRUSE WESTERN, INC., and KRUSE WESTERN ENTERPRISES, LLC,

               Defendants.

1  Plaintiffs strenuously take issue with Defendants' Opposition to Plaintiffs' Administrative Motion. *See* ECF 98. Defendants have made a mockery of this Court's briefing schedule and also flouted the Magistrate Judge's Order Granting Jurisdictional Discovery (ECF 94) by unilaterally "amending" their briefing a second time – long after the deadline to submit briefs in support of their motions to dismiss – and refusing to meet and confer with Plaintiffs regarding the production of documents for jurisdictional discovery ordered by Magistrate Judge Oberto or the briefing schedule that is the subject of Plaintiffs' Administrative Motion. Such gamesmanship should not be countenanced.

To be clear, the record shows as follows:

- Defendants' motions to dismiss were due on October 10, 2025. *See* ECF 58. This represented a 60-day extension of the original deadline, at Defendants' request. *Id.*

- Defendant GreatBanc's October 10 memorandum in support of its motion to dismiss referenced multiple documents outside of the pleadings in support of its jurisdictional arguments, *see* ECF 80-01 at 10 (citing ECF 80-04 and ECF 80-05, Exs. 2-3); *id.* at 13 (citing ECF 80-06, Ex. 4), and included a chart relying on those extrinsic materials, *see* ECF 80-01 at 11. GreatBanc submitted those documents with its motion. *See* ECFs 80-04, 80-04, and 80-05. Based on these extrinsic materials, GreatBanc made a factual attack on Plaintiffs' allegations of injury, contending (contrary to the allegations in the Complaint) that "the ESOP received tremendous value from the 2022 Transaction." ECF 80-01 at 10; *see also id.* at 11 ("tremendous value" and "extraordinary gains").

- The HK Defendants incorporated GreatBanc's jurisdictional arguments in their entirety. *See* ECF 79-01 at 2 n.1. The McDermott Defendants incorporated Section I.B. of GreatBanc's jurisdictional arguments. *See* ECF 82-01 at 5.

- On November 13, 2025, after unsuccessfully meeting and conferring with Defendants, Plaintiffs filed a motion for jurisdictional discovery to allow them to adequately respond to Defendants' jurisdictional arguments. *See* ECF 88.

- In response, GreatBanc filed its first "amended" memorandum in support of its motion to dismiss, ECF 91, which omitted reference to one of the documents (Ex. 1) cited on page 13 of its brief (in Section II.B of its jurisdictional arguments). *See* ECF 91-01 at 13.[1] Defendants then collectively argued in opposition to Plaintiffs' motion for jurisdictional discovery that the reference to the exhibit on page 13 was a "scrivener's error." ECF 92 at 14.

- On December 3, 2025, the Court (Oberto, J.) issued an Order Granting Plaintiffs' Motion for Jurisdictional Discovery. ECF 94. This Order specifically directed that "[t]he parties SHALL meet and confer to agree upon a reasonable time frame and manner for production of the 'documents relating to the 2022 ESOP Transaction for litigation purposes that Defendants previously produced under the auspices of Fed. R. Evid. 408, including the terms of a stipulated protective order pursuant to E.D. Cal. L.R. 141.1, if necessary.'" *Id.* at 4-5.

- Plaintiffs promptly emailed Defendants to meet and confer as directed by the Order (and also to discuss an appropriate extension of their opposition deadline on the motions to dismiss in light of the jurisdictional discovery ordered), but Defendants did not respond to Plaintiffs' emails. *See* ECF 95. Accordingly, Plaintiffs filed their Motion for Administrative Relief. *Id.*

- In an effort to evade the discovery Order and also to oppose Plaintiffs' Administrative Motion, GreatBanc purported to "amend" its memorandum in support of its motion to dismiss a *second* time on December 9 (a full two months after its papers were originally due), to omit reference to other extrinsic materials (Exs. 2-3) submitted in support of its jurisdictional arguments. *See* ECFs 96-97. And it indicated that the other Defendants "likewise withdraw" any reliance on those exhibits, although they have not filed amended memoranda themselves. *See* ECF 96 at 2. At no time before doing so did

---

[1] GreatBanc did not remove the reference to Exhibit 1 elsewhere in its brief or withdraw the exhibit.

Defendants meet and confer with Plaintiffs as directed in the discovery Order or requested by Plaintiffs.

- Plaintiffs emailed Defendants once again on December 9 in an attempt to meet and confer. *See* Ex. C. Defendants have not responded to this meet and confer request.

In light of the above, Plaintiffs reiterate their request for a 30-day extension of their briefing deadline on the pending motions to dismiss. Regardless of whether (and when) Defendants meet and confer with Plaintiffs and produce the jurisdictional discovery ordered by the Court, Defendants' grounds for their motions to dismiss have been constantly shifting and Plaintiffs should not be required to respond to the latest "amended" memorandum in a mere week. Defendants' most recent changes are significant and will require material revisions to the work that Plaintiffs have already done.

DATED: December 10, 2025  Respectfully Submitted,

By: /s/ Daniel Feinberg
Daniel Feinberg (SBN No. 135983)
Nina Wasow (SBN No. 242047)
FEINBERG, JACKSON, WORTHMAN
& WASOW, LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
nina@feinbergjackson.com

Michelle C. Yau (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 500
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699
myau@cohenmilstein.com

Kai Richter (admitted *pro hac vice*)
Jacob Schutz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC

400 South Fourth Street #401-27
Minneapolis, MN 55415
Tel. (612) 807-1575
Fax (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

# EXHIBIT C

| | |
|---|---|
| **Subject:** | Re: Davalos v. GreatBanc Trust Co., et al. |
| **Date:** | Tuesday, December 9, 2025 at 2:55:14 PM Pacific Standard Time |
| **From:** | Dan Feinberg |
| **To:** | Salek-Raham, Andrew (ASalek-Raham@groom.com), chelsea.mccarthy@hklaw.com, Nina Wasow, Andre, Julian, Anna Johnson |
| **CC:** | Michelle C. Yau, Jacob Schutz, Kai Richter, lynn.calkins@hklaw.com, Golumbic, Lars (lgolumbic@groom.com), Becker, Ted, Wittwer, Jake, Ian Wieland, Natasha S. Fedder, McSweeney, Ross (RMcSweeney@groom.com), Smith Jr., Rich (RSmithJr@groom.com), Sara Kugler |
| **Attachments:** | image001.png, image002.png, image003.png, image004.png, image005.jpg, image006.png |

Andrew -

Plaintiffs disagree. The Court ordered Defendants to (a) meet and confer with Plaintiffs about a protective order and (b) produce the jurisdictional discovery documents. Defendants have refused to comply with the Order. Please let us know your availability to meet and confer tomorrow. Thank you.

**Feinberg Jackson Worthman & Wasow LLP**

DAN FEINBERG
2030 Addison St., Suite 500
Berkeley, CA 94704
Tel. 510.269.7998 ext. 1
Fax. 510.269.7994
feinbergjackson.com

---

**From:** Salek-Raham, Andrew <ASalek-Raham@groom.com> <ASalek-Raham@groom.com>
**Date:** Tuesday, December 9, 2025 at 2:46 PM
**To:** Dan Feinberg <dan@feinbergjackson.com>, chelsea.mccarthy@hklaw.com <chelsea.mccarthy@hklaw.com>, Nina Wasow <nina@feinbergjackson.com>, Andre, Julian <JAndre@mwe.com>, Anna Johnson <anna@feinbergjackson.com>
**Cc:** Michelle C. Yau <myau@cohenmilstein.com>, Jacob Schutz <jschutz@cohenmilstein.com>, Kai Richter <KRichter@cohenmilstein.com>, lynn.calkins@hklaw.com <lynn.calkins@hklaw.com>, Golumbic, Lars (lgolumbic@groom.com) <LGolumbic@groom.com>, Becker, Ted <Tbecker@mwe.com>, Wittwer, Jake <jwittwer@mwe.com>, Ian Wieland <ian@sw2law.com>, Natasha S. Fedder <natasha@foundationlaw.com>, McSweeney, Ross (RMcSweeney@groom.com) <RMcSweeney@groom.com>, Smith Jr., Rich (RSmithJr@groom.com) <RSmithJr@groom.com>, Sara Kugler <skugler@cohenmilstein.com>
**Subject:** RE: Davalos v. GreatBanc Trust Co., et al.

Dan – Defendants are withdrawing the portions of their standing argument that Judge Oberto found warranted jurisdictional discovery, mooting any need for discovery, a protective order, a briefing extension, or any related conferrals.

Thanks,
Andrew

---

**From:** Dan Feinberg <dan@feinbergjackson.com>
**Sent:** Thursday, December 4, 2025 12:10 PM
**To:** Salek-Raham, Andrew (ASalek-Raham@groom.com) <ASalek-Raham@groom.com>; chelsea.mccarthy@hklaw.com; Nina Wasow <nina@feinbergjackson.com>; Andre, Julian <JAndre@mwe.com>; Anna Johnson <anna@feinbergjackson.com>
**Cc:** Michelle C. Yau <myau@cohenmilstein.com>; Jacob Schutz <jschutz@cohenmilstein.com>; Kai Richter <KRichter@cohenmilstein.com>; lynn.calkins@hklaw.com; Golumbic, Lars (lgolumbic@groom.com) <LGolumbic@groom.com>; Becker, Ted <Tbecker@mwe.com>; Wittwer, Jake <jwittwer@mwe.com>; Ian Wieland <ian@sw2law.com>; Natasha S. Fedder <natasha@foundationlaw.com>; McSweeney, Ross (RMcSweeney@groom.com) <RMcSweeney@groom.com>; Smith Jr., Rich (RSmithJr@groom.com) <RSmithJr@groom.com>; Sara Kugler <skugler@cohenmilstein.com>
**Subject:** Re: Davalos v. GreatBanc Trust Co., et al.

Counsel -

As a follow up to the email below, Plaintiffs propose using the same protective order as in the *Zavala* case. We can just change the caption and the parties for *Davalos*. Please let me know today if that works for Defendants and we can circulate the draft protective order.

And, of course, please get back to us promptly regarding the time for our meet and confer.

Thank you.

Dan

**Feinberg Jackson Worthman & Wasow LLP**

DAN FEINBERG
2030 Addison St., Suite 500
Berkeley, CA 94704
Tel. 510.269.7998 ext. 1
Fax. 510.269.7994
feinbergjackson.com

---

**From:** Dan Feinberg <dan@feinbergjackson.com>
**Date:** Wednesday, December 3, 2025 at 3:09 PM
**To:** Salek-Raham, Andrew (ASalek-Raham@groom.com) <ASalek-Raham@groom.com>, chelsea.mccarthy@hklaw.com <chelsea.mccarthy@hklaw.com>, Nina Wasow <nina@feinbergjackson.com>, Andre, Julian <JAndre@mwe.com>, Anna Johnson <anna@feinbergjackson.com>
**Cc:** Michelle C. Yau <myau@cohenmilstein.com>, Jacob Schutz <jschutz@cohenmilstein.com>, Kai Richter <KRichter@cohenmilstein.com>, lynn.calkins@hklaw.com <lynn.calkins@hklaw.com>, Golumbic, Lars