Daniel Feinberg (SBN No. 135983)
Nina Wasow (SBN No. 242047)
FEINBERG, JACKSON,
WORTHMAN & WASOW LLP
2030 Addison Street, Suite 500
Berkeley, CA 94704
Tel. (510) 269-7998
Fax (510) 269-7994
dan@feinbergjackson.com
nina@feinbergjackson.com

Michelle C. Yau (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Suite 800
Washington, DC 20005
Tel. (202) 408-4600
Fax (202) 408-4699
myau@cohenmilstein.com

Kai Richter (admitted *pro hac vice*)
Jacob Schutz (admitted *pro hac vice*)
COHEN MILSTEIN SELLERS & TOLL PLLC
400 South Fourth Street #401-27
Minneapolis, MN 55415
Tel. (612) 807-1575
Fax (202) 408-4699
krichter@cohenmilstein.com
jschutz@cohenmilstein.com

*Counsel for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DAVALOS, JOE PEDRO, and STEVE CELENTANO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GREATBANC TRUST COMPANY, THE KRUSE WESTERN BOARD OF DIRECTORS, KEVIN KRUSE, THE KRUSE FAMILY TRUST, TONY CORREIA, THE TONY F. AND | Case No. 1:25-cv-00706-KES-SKO<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR ADMNISTRATIVE RELIEF AND REQUEST FOR EXTENSION TO FILE OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS** |

MARY A. CORREIA REVOCABLE FAMILY TRUST, ROBERT BERCZYNSKI, AUBREY MICHAEL, CHAD PINTER, RONALD KRUSE, THE RONALD O. KRUSE FAMILY TRUST, LARRY LEITNER, HAL REED, MARK LA BOUNTY, THE LA BOUNTY FAMILY TRUST, BOB REEVES, KRUSE INVESTMENT COMPANY, INC., THE 2007 KNUDSEN FAMILY TRUST, THE JEFFREY AND KAREN FONTANELLA TRUST, JORDYN KRUSE, RYAN KRUSE, THE DOUGLAS T. KRUSE TRUST, THE DAVIS FAMILY TRUST, SECAP, THE KRUSE FEED AND SUPPLY, INC. PROFIT SHARING PLAN, THE LAMBERT FAMILY REVOCABLE TRUST, WARREN HUTCHINGS, DOREEN HUTCHINGS, SIDNEY EARP, RICHARD EARP, MARK KREBSBACH, NICKIE KREBSBACH, THE JOSEPH M. AND DEBRA L. GUENLEY REVOCABLE LIVING TRUST, THE HOLDSWORTH FAMILY REVOCABLE TRUST, DANIEL J. MARTIN, THE MONTE AND SUSAN MELLO TRUST, KRUSE WESTERN, INC., and KRUSE WESTERN ENTERPRISES, LLC,

                Defendants.

1  For good cause shown, Plaintiffs' Motion for Administrative Relief and Request for Extension to File Opposition to Defendants' Motions to Dismiss is hereby GRANTED. The briefing deadlines in connection with Defendants' pending motions to dismiss are extended 30 days as follows.

|  | **Current Deadline (ECFs 84, 90)** | **New Deadline** |
|---|---|---|
| Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss | December 16, 2025 | January 15, 2026 |
| Defendants' Reply Memoranda in Support of Motions to Dismiss | January 16, 2026 | February 17, 2026 |

IT IS SO ORDERED.

    Dated:   December 11, 2025                    _____
                                                   UNITED STATES DISTRICT JUDGE