United States District Court
Eastern District of California

Davalos
Plaintiff(s)

V.

GreatBanc Trust Company
Defendant(s)

Case Number: 1:25-cv-00706-KES-EGC

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Roger H. Stetson hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GreatBanc Trust Company

On 11/06/2003 (date), I was admitted to practice and presently in good standing in the State of Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Zavala v. Kevin Kruse, et al. 1:19-cv-00239-KES-EGC - filed concurrently with this PHV application.

Date: 10/07/2026 Signature of Applicant: /s/ Roger H. Stetson

**Pro Hac Vice Attorney**

Applicant's Name: Roger H. Stetson

Law Firm Name: Barack Ferrazzano Kirschbaum & Nagelberg LLP

Address: 200 W. Madison Street, Suite 3900

City: Chicago State: IL Zip: 60606

Phone Number w/Area Code: (312) 629-7339

City and State of Residence: River Forest, Illinois

Primary E-mail Address: roger.stetson@bfkn.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Connor T. Gants

Law Firm Name: Barack Ferrazzano Kirschbaum & Nagelberg LLP

Address: 200 W. Madison Street, Suite 3900

City: Chicago State: IL Zip: 60606

Phone Number w/Area Code: (312) 984-3184 Bar # 286426

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 8, 2026

Erin Sny Castillo

JUDGE, U.S. DISTRICT COURT